MITCHELL v. NORTHERN PAC. RY. CO. (Circuit Court of Appeals, Ninth Circuit. May 11, 1914.) No. 2330. In Error to the District Court of the United States for the Northern Division of the Eastern District of Washington. Oscar Cain and Francis A. Garrecht, U. S. Attys., both of Spokane, Wash., for plaintiff in error. Charles W. Bunn and Charles Donnelly, both of St. Paul, Minn., and E. J. Cannon, of Spokane, Wash., for defendant in error. For opinion below, see, 208 Fed. 469

PER CURIAM. This case having been reached in the regular call of the docket, and there being no appearance in open court of counsel for either party, and it appearing .that the record has not been printed, as required by rule 23, and that no brief has been filed by or on behalf of either party thereto, as required by rule 24, thereupon, upon consideration thereof, it is ordered and adjudged that writ of error be and hereby is dismissed, under section 3 of rule 22, and for failure of plaintiff in error to print record, as required by rule 23, and for failure of plaintiff in error to file a brief, as required by rule 24.

———

SAWYER et al. v. GRAY et al. (Circuit Court of Appeals, Ninth Circuit. June 1, 1914.) No. 2385. Appeal from the District Court of the United States for the Southern Division of the Western District of Washington; Edward E. Cushman, Judge. Suit in equity by W. H. Sawyer and others, against Raymond S. Gray and others. Decree for defendants, and complainants appeal. Affirmed. Herbert S. Griggs, of Tacoma, Wash., for appellants. F. M. Dudley, of Seattle, Wash., for appellee Milwaukee Land Co. Peters & Powell, of Seattle, Wash., for appellees Barr. W. A. Reynolds, of Chehalis, Wash., for appellees Gray. C. E. Moulton, of Portland, Or., for appellees Huston and others. Before GILBERT and ROSS, Circuit Judges, and WOLVERTON, District Judge.

GILBERT, Circuit Judge. The questions arising in this case from the allegations of the third amended bill of complaint and the demurrers thereto are the questions that were presented to this court in Daniels v. Wagner (No. 2226, and decided by this court on May 5, 1913) 205 Fed. 235, 125 C. C. A. 93. Decision is controlled by the principles announced in that cause, and the decree of the court below herein will be affirmed.

———

SOUTH et al. v. NICROSI et al. (Circuit Court of Appeals, Fifth Circuit. May 11, 1914.) No. 2470. Appeal from the District Court of the United States for the Middle District of Alabama. Before PARDEE and SHELBY, Circuit Judges, and MAXEY, District Judge.

PER CURIAM. This case has been argued orally twice and submitted also on exhaustive briefs. After careful consideration, we are of the opinion that the District Court ruled correctly in sustaining the demurrer and dismissing the bill. The decree is therefore affirmed.

PARDEE, Circuit Judge, dissents.